## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH CLOUDY,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

### JUDGMENT IN A CIVIL CASE

Case No. 16-cv-734-wmc

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Keith Cloudy's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

/s/                                                    4/27/2018

Peter Oppeneer, Clerk of Court        Date